```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 06 B 04964
   SCOTT LAWRENCE HERBERT
   KRISTINE ANNE HERBERT                       CHAPTER 13

                                               JUDGE: A. BENJAMIN GOLDGAR

              Debtor
   SSN XXX-XX-9970      SSN XXX-XX-6076
```

------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 05/03/06 and confirmed on 07/14/06.

   2.  The case was converted to Chapter 7 after confirmation, 01/06/2009.

   3.  The Debtor paid a total of $ 118407.50 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAN GENERAL FINANCE | UNSECURED | 2855.52 | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | SECURED VEHIC | 7135.95 | 759.04 | 5501.27 |
| NPS | SECURED VEHIC | 7000.94 | 872.55 | 4426.63 |
| SELECT PORTFOLIO SERVICI | CURRENT MORTG | 69542.41 | .00 | 69542.41 |
| SELECT PORTFOLIO SERVICI | MORTGAGE ARRE | 18249.28 | .00 | 9264.59 |
| SELECT PORTFOLIO SERVICI | SECURED | 14526.76 | .00 | 14526.76 |
| SELECT PORTFOLIO SERVICI | MORTGAGE ARRE | 3823.73 | .00 | 1811.28 |
| UNITED CONSUMER FINANCIA | SECURED | 1130.33 | 73.00 | 1130.33 |
| WELLS FARGO FINANCIAL AC | SECURED VEHIC | 6700.00 | 749.70 | 4759.24 |
| ROUNDUP FUNDING LLC | UNSECURED | 2249.90 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 4432.68 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 504.89 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 10267.28 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 434.52 | .00 | .00 |
| LAKE FOREST HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 9765.63 | .00 | .00 |
| PATHOLOGY CONSULTANTS | UNSECURED | NOT FILED | .00 | .00 |
| REGIS WEISS MD | UNSECURED | NOT FILED | .00 | .00 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| SHELL | UNSECURED | NOT FILED | .00 | .00 |
| SB LAKES | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 9016.86 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 3223.44 | .00 | .00 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 303.21 | .00 | .00 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 775.92 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2893.14 | .00 | .00 |
| WELLS FARGO BANK NA | UNSECURED | 3445.19 | .00 | .00 |

```
ROUNDUP FUNDING LLC         UNSECURED           616.54             .00            .00
      Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  128109.40         .00     50784.72         .00     178894.12
PRINCIPAL PAID      110962.51         .00          .00         .00     110962.51
INTEREST PAID         2454.29         .00          .00         .00       2454.29
TOTAL PAID          113416.80         .00          .00         .00     113416.80
```

The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   3000.00
and was paid $   3000.00   direct and $       .00   through the plan.

The Trustee received $   4990.70 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 02/18/09                /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                                PAGE   2
     CASE NO. 06 B 04964 SCOTT LAWRENCE HERBERT & KRISTINE ANNE HERBERT